IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699<br>CA: 07-~~1313~~ 1167 |
| This document relates to<br><br>Clarence Vandeneng v. Merck & Co., Inc. and Pfizer, et al.<br><br>Case No.: USDC Middle District of Louisiana 06-990 | JUDGE<br>CHARLES L. BREYER |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Clarence Vandeneng, by and through his undersigned counsel, hereby requests that this Court, pursuant to Rule 41, Federal Rules of Civil Procedure, enter an Order voluntarily dismissing Defendant Pfizer, et al., without prejudice with each party bearing its own costs and attorneys' fees. If the Plaintiff re-files this action, it will be filed in Federal Court. Defendants have consented to this motion.

WHEREFORE, Plaintiff requests that this Court enter an Order dismissing his claims without prejudice against Defendants, Pfizer, Inc., et al., with each party bearing its own costs and attorneys' fees.

Dated: May 17, 2007

By: _____
Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

WE CONSENT:

Dated: _____   **CLARK, THOMAS & WINTERS, P.C.**

_____
Cedric E. Evans
Clark, Thomas & Winters, P.C.
300 West 6th Street, 15th Floor
Austin, TX 78701
(512) 472-8800 (Tel.)

*Attorneys for Defendants*

Dated: 5-17-07   **GORDON & REES**

*/s/ Stuart M. Gordon*
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

## ORDER

IT IS HEREBY ORDERED, pursuant to the above Motion, that the claims of Plaintiff Clarence Vandeneng are dismissed without prejudice.

Dated: __May 21_____, 2007

_____
HON. CHARLES P. BREYER
Judge, United States District Court for the Northern District of California

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

- 2 -

MOTION TO FILE AFFIDAVIT