**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE BEXTRA AND CELEBREX                    No. MDL 05-01699 CRB
     MARKETING, SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION,                **ORDER GRANTING MOTION TO**
                                                  **WITHDRAW AS COUNSEL AND**
13   _____ /           **DISMISSING ACTION FOR A**
                                                  **FAILURE TO PROSECUTE**
14   *This document relates to:*

15        Hilda Smart, 07-1167 CRB

16   _____ /

17

18        On June 4, 2007, the Court issued and Order To Show Cause directing plaintiff Hilda

19   Smart to show cause as to why (1) her counsel's motion to withdraw should not be granted;

20   and (2) plaintiff's claims should not be dismissed for a lack of prosecution.  In particular, the

21   Court directed plaintiff to notify the Court in writing on or before June 22, 2007 of the

22   reasons the withdrawal should not be granted or the case dismissed if plaintiff wished to

23   contest either action.  As of the date of this Order, plaintiff has not responded to the Court's

24   June 4, 2007 Order and has not otherwise communicated with the Court.  Accordingly,

25   plaintiff's counsel's motion to withdraw is GRANTED and plaintiff's claims are dismissed

26   with prejudice for a failure to prosecute.

27        **IT IS SO ORDERED.**

28   Dated: July 10, 2007                    _____/s/_____
                                             CHARLES  R. BREYER
                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\smartdismiss.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\showcauseorders\smartdismiss.wpd