IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ *This document relates to:* Antoinette Smith, Betty Grayer, Jeanette Videau, Pearly Fleming, Sarah Matthews and Laura Sumly, the Surviving Children of Henrietta Marks, 07-1167 CRB _____/ | No. MDL 05-01699 CRB **ORDER RE: MOTION TO WITHDRAW AS COUNSEL AND FOR PLAINTIFFS TO SHOW CAUSE** |

Now pending for decision is the motion of the law firms of Simien & Simien, L.L.C. and Simien & Delphin, L.L.C. to withdraw as counsel for plaintiffs Antoinette Smith, Betty Grayer, Jeanette Videau, Pearly Fleming, Sarah Matthews and Laura Sumly, the Surviving Children of Henrietta Marks. After carefully considering the motion, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) counsels' motion to withdraw should not be granted; and (2) plaintiffs' lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If ANY plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's claims for failure to prosecute, plaintiff shall notify the Court in writing on or before **August 30, 2007** of the reasons the withdrawal should not be granted or

1 the claims dismissed.  In particular, if a plaintiff wishes to proceed with this action, she shall
2 advise the Court of the name and address of her new counsel or, if she will be representing
3 himself, she must advise the Court of her current contact information.  Plaintiff is warned
4 that her failure to communicate with the Court in writing as set forth above may result in
5 dismissal of her action with prejudice.

6 Plaintiffs' counsel shall ensure that plaintiffs receive a copy of this Order.

7 **IT IS SO ORDERED.**

8 Dated: August 6, 2007

9 CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\showcauseorders\simien2sc2.wpd